(97 South. 923)

Ex parte AGE–HERALD PUB. CO. In re Herbert KING v. AGE–HERALD PUB. CO. (6 Div. 20.) (Supreme Court of Alabama. Nov. 1, 1923.) Certiorari to Circuit Court, Jefferson County. Nesbit & Sadler and Evans Dunn, all of Birmingham, for petitioner. W. A. Denson, of Birmingham, opposed.

PER CURIAM. Petition dismissed on motion of petitioner.

(98 South. 920)

ALABAMA POWER CO. v. H. H. STOGNER. (8 Div. 598.) (Supreme Court of Alabama. Feb. 5, 1924.) Appeal from Circuit Court, Madison County; Osceola Kyle, Judge. See, also, 208 Ala. 666, 95 South. 151.

PER CURIAM. Appeal dismissed by appellant.

(98 South. 920)

A. W. ANTHONY v. J. B. CAUDLE. (6 Div. 915.) (Supreme Court of Alabama, Nov. 27, 1923.) Appeal from Circuit Court, Marion County; R. L. Blanton, Judge.

PER CURIAM. Affirmed on certificate.

(98 South. 920)

A. W. ANTHONY v. Lee SHAW. (6 Div. 916.) (Supreme Court of Alabama. Nov. 27, 1923.) Appeal from Circuit Court, Marion County; R. L. Blanton, Judge.

PER CURIAM. Affirmed on certificate.

(98 South. 920)

A. W. ANTHONY v. H. H. SIZEMORE. (6 Div. 914.) (Supreme Court of Alabama. Nov. 27, 1923.) Appeal from Circuit Court, Marion County; R. L. Blanton, Judge.

PER CURIAM. Affirmed on certificate.

(98 South. 920)

Ex parte L. A. BOYD, President, etc. (6 Div. 21.) (Supreme Court of Alabama. Nov. 22, 1923.) Petition for Writ of Prohibition to H. P. Heflin, Judge of the Circuit Court of Jefferson County. Harwell G. Davis, Atty. Gen., for petitioner.

PER CURIAM. Petition dismissed by petitioner.

(97 South. 923)

C. P. WARD & SON v. S. G. STINSON. (7 Div. 420.) (Supreme Court of Alabama. Oct. 11, 1923.) Appeal from Circuit Court, Cherokee County; W. W. Haralson, Judge. Transferred from Court of Appeals under Acts 1911, p. 449. Hugh Reed, of Center, for appellant. W. H. Cather, of Center, for appellee.

SAYRE, J. Affirmed.

(97 South. 923)

Ex parte Wm. L. DUDLEY. (5 Div. 870.) (Supreme Court of Alabama. Nov. 15, 1923.) Certiorari to Court of Appeals. H. A. Ferrell and Frank M. de Graffenried, both of Seale, for petitioner. Harwell G. Davis, Atty. Gen., opposed.

GARDNER, J. Petition of Wm. L. Dudley for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of Dudley v. State, 97 South. 924. Writ denied.

(98 South. 920)

E. C. ELLISON v. J. N. WILSON. (6 Div. 922.) (Supreme Court of Alabama. Nov. 27, 1923.) Appeal from Circuit Court, Walker County; E. L. Lacy, Judge.

PER CURIAM. Appeal dismissed for want of prosecution.

(98 South. 920)

Foster EZZELLE v. Newton ANNIS. (8 Div. 502.) (Supreme Court of Alabama. Feb. 5, 1924.) Appeal from Circuit Court, Lauderdale County; Chas. P. Almon, Judge.

PER CURIAM. Appeal dismissed for want of prosecution.

(98 South. 920)

Louis GILES v. STATE. (6 Div. 902.) (Supreme Court of Alabama. Dec. 6, 1923.) Appeal from Circuit Court, Jefferson County; H. P. Heflin, Judge.

PER CURIAM. Appeal dismissed by appellant.

(98 South. 920)

W. T. HEARD v. STATE ex rel. H. K. DICKINSON. (5 Div. 862.) (Supreme Court of Alabama. Nov. 20, 1923.) Appeal from Circuit Court, Lee County; S. L. Brewer, Judge.

PER CURIAM. Appeal dismissed.

(98 South. 920)

JITNEY OWNERS AND DRIVERS OF BIRMINGHAM, ALABAMA, et al. v. D. E. McLENDON et al. (6 Div. 3.) (Supreme Court of Alabama. Nov. 27, 1923.) Appeal from Circuit Court, Jefferson County; Wm. M. Walker, Judge. Prosch & Prosch, of Birmingham, for appellants. W. J. Wynn and W. A. Jenkins, both of Birmingham, for appellees.

PER CURIAM. Appeal dismissed by appellants.